UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL AVILA-URIBE,

    Defendant.
_____/

Case No.: 1:07-cr-174

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Hugh W. Brenneman, Jr. in this action. The Report and Recommendation was duly served on the parties and no objection has been made thereto within the time required by law

**THEREFORE, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Dkt. #20) is approved and adopted as the Opinion of this Court.

2. Defendant Daniel Avila-Uribe's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: September 10, 2007

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge